July 17, 1997

No. 97–5106 (A–49).   Smith v. Angelone, Director, Virginia Department of Corrections.   C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied.   Certiorari denied.   Justice Stevens and Justice Ginsburg would

grant the application for stay of execution.